UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Michael F. Witkowich

vs.

Alberto Gonzales, as Attorney General of the United States, et al.

No. 05 CIV. 7756 JUDGE CONNER

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons; Complaint; Individual Practices of Judge William C. Conner; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:00 am on September 6, 2005, I served Alberto Gonzales, as Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Ernest Parker, Manager, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  6'0"
HAIR-    BLACK
WEIGHT-  200
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  09-08-05
             Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157982

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Michael F. Witkowich

vs.

Alberto Gonzales, as Attorney General of the United States, et al.

No. 05 CIV. 7756 JUDGE CONNER

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, SHANNON R. ROBERTS, having been duly authorized to make service of the Summons; Complaint; Individual Practices of Judge William C. Conner; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth is 07-09-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:50 am on September 9, 2005, I served United States Marshals Service at 1750 Crystal Drive, Arlington, Virginia by serving Janice Tate, Administrative Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     43
HEIGHT-  6'0"
HAIR-    BLONDE
WEIGHT-  200
COLOR-   WHITE
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*Shannon R. Roberts*
SHANNON R. ROBERTS
Our File#- 157983

SUBSCRIBED and SWORN to before me this 12th day of September 2005.

*Angela H. Croson*
Notary Public

My commission expires: 03-31-09

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Michael F. Witkowich

vs.

Alberto Gonzales, as Attorney General of the United States, et al.

No. 05 CIV. 7756 JUDGE CONNER

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SHANNON R. ROBERTS, having been duly authorized to make service of the Summons; Complaint; Individual Practices of Judge William C. Conner; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth is 07-09-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:50 am on September 9, 2005, I served Benigno Reyna, Director of the United States Marshals Service at 1750 Crystal Drive, Arlington, Virginia by serving Janice Tate, Administrative Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     43
HEIGHT-  6'0"
HAIR-    BLONDE
WEIGHT-  200
COLOR-   WHITE
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

SHANNON R. ROBERTS
Our File#- 157984

SUBSCRIBED and SWORN to before me this 12th day of September, 2005.

Notary Public

My commission expires: 03-31-09